# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DAVID JAMES HOLLENBACK JR., | : | No. 22 MM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| AND CENTRE COUNTY COURT OF | : | |
| COMMON PLEAS, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for a Writ of Extraordinary Relief is DENIED.